E-Filed – **JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-10656-GHK (SHx) | Date | January 22, 2013 |
|---|---|---|---|
| Title | *NK Feliz Enterprises, L.P. v. Michael Carley* | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) Order re:** Remand to State Court

      On December 12, 2012, Defendant Michael Carley ("Defendant") removed the above-titled unlawful detainer action to this Court. Defendant had previously tried to remove the same unlawful detainer action involving the same property before on September 25, 2012. We remanded that prior action on October 30, 2012 because we lacked subject matter jurisdiction. Because the reasoning underlying the remand of the prior removal applies equally to this removal, we hereby **REMAND** this action to the state court from which it was removed.

      **IT IS SO ORDERED.**

|  | -- : -- |
|---|---|
| Initials of Deputy Clerk | Bea |